Date: 06/08/11                       DIVIDENDS REMITTED TO THE COURT                              Page: 1
                                        Check Number 112 Dated 06/08/11
                                      Case Number 09-12630 - CUBERO, CARLOS E.

|  Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Pyramed Health Care Group**<br>c/o Tri-City Family Medicine, Inc.<br>1120 East Broad St.<br>PO Box 30<br>Elyria, OH 44036 | 000012 | 85.00 | 1.27 |
| **Castle Credit Corporation**<br>8430 West Bryn Mawr #750<br>Chicago, Illinois 60631<br>   (15-1) Account #7096 Kirby Vacuum System | 000015 | 150.26 | 2.25 |
| **Allen Medical Center**<br>Po Box 740819<br>Cincinnati, Oh 45274-0819<br>   0139 | 000017 | 47.49 | 0.71 |

---------- Remittance Total ---------------                                  282.75           4.23

_[signature]_
DAVIS, STEVEN S., Trustee



Check #112 -
Receipt #152495 -

FILED 11 JUN 14 PM 12:48 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

Printed: 06/08/11 10:14 AM   Ver: 16.02b